AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

2024 FEB 14 AM 10:07

CLERK-LAS CRUCES

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No: **24-209 MJ** |
| Ruben SANDOVAL | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of <u>February 12, 2024</u> in the county of <u>Dona Ana</u> in the State and District of <u>New Mexico</u>, the defendant violated <u>8</u> U.S.C. §<u>1324(a)(1)(A)(v)(I)(Conspiracy to Violate 1324 - All subsections)</u>, an offense described as follows:

Knowingly, intentionally, and unlawfully conspired, combined, confederated and agreed with others known and unknown, to commit offenses against the United States, namely: to transport, move, and attempt to transport and move an alien within the United States by means of transportation and otherwise

This criminal complaint is based on these facts:
On February 12, 2024, a Border Patrol Agent was assigned to the United States Border Patrol checkpoint located on Interstate 25, mile marker 26, in Dona Ana County, New Mexico. At approximately 1:50 a.m., a blue Mazda sedan bearing a Texas license plate drove up to the inspection booth. Agents deployed a vehicle immobilization device in front of the rear tire and advised the driver, identified as Defendant SANDOVAL, Ruben not to move and turn off the vehicle. Agents questioned the driver, Defendant SANDOVAL, Ruben, and passengers as to their citizenships. The driver, Defendant SANDOVAL, Ruben, admitted to being a United States Citizen and passengers admitted to being illegally present without immigration documents that would allow them to remain in the United States legally.

☒ Continued on the attached sheet.

Sworn to before me ~~and signed in my presence.~~ via telephone.

_____
*Complainant's signature*

Steven Milam, Agent
*Printed name and title*

Date: February 14, 2024

_____
*Judge's signature*

City and state: Las Cruces, N.M.

Gregory B. Wormuth, Chief U.S. Magistrate Judge
*Printed name and title*

CONTINUATION OF CRIMINAL COMPLAINT

## STATE AND DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA

V.

Ruben SANDOVAL

**Continuation of Statement of Facts:**

In a post Miranda interview, Defendant SANDOVAL, Ruben stated he was arrested in El Paso, Texas and sentenced to two years in prison for harboring illegal aliens. Defendant SANDOVAL, Ruben stated that he was contacted by an individual and told that he owed money for being arrested. Defendant SANDOVAL, Ruben was told by the individual to transport illegal aliens from El Paso, Texas to Albuquerque, New Mexico to pay his debt owed. Defendant SANDOVAL, Ruben agreed to transport illegal aliens and was instructed by the individual to meet at local business in El Paso, Texas to pick up the illegal aliens and transport them to Albuquerque, New Mexico.

Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

Assistant United States Attorney Sara Davenport was presented with the aforementioned facts and authorized criminal prosecution for SANDOVAL, Ruben under 8 USC 1324 (a)(1)(A)(v)(I)

**Continuation of Statutory Language:**

_____
Signature of Judicial Officer

_____
Signature of Complainant

Milam, Steven
Filing Agent